This video is a derivative work of the Touhou Project.  Traslated by Releska Subs by www.zeoranger.co.uk All right, thank you very much, Council. We will take the matter under advisement and decide it in due course.